IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TORIANO WILLIAMS JR.,             )
                                  )
            Plaintiff,            )
                                  )
     v.                           )    No.  11 C 4965
                                  )
RAHEEL FOODS INC. d/b/a KFC,      )
                                  )
            Defendant.            )

## MEMORANDUM ORDER

This Court's November 1, 2011 memorandum opinion and order directed, in part, that defense counsel representing Raheel Foods, Inc. should show cause as to why her actions had not violated Fed. R. Civ. P. ("Rule") 11(b) so as to call for appropriate sanctions.  Defense counsel has now filed a response that acknowledges her successive violations of the principles established by the Rules, but disclaims any intention to have done so--she ascribes her violations to a lack of federal court experience.

This Court credits that explanation.  Although counsel's assertion is not an excuse (and she acknowledges that), this Court's view is that the imposition of sanctions in a situation such as that involved here is to serve as a forceful reminder of the need for future compliance, rather than as punishment for the violation.  In those terms this Court is satisfied that defense counsel will take the experience as an ongoing reminder of the need to familiarize herself with, and to conform to, the

operative standards for federal practice.

Accordingly this Court accepts the apology reflected in counsel's response. Although she did indeed violate Rule 11(b), no sanctions will be imposed, and the rule to show cause is discharged.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 17, 2011